IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH ROSENER,<br><br>Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>Defendant. | 8:21-CV-341<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Cheryl R. Zwart, Filing 13, recommending denial of Plaintiff's Motion to Remand for lack of subject-matter jurisdiction. Filing 9. No parties objected. *See* NECivR 72.2(a), (f) (stating that objections to a Magistrate Judge's findings and recommendation must be made within fourteen days; otherwise, failing to object may be construed as a waiver of the right to object). In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the findings and recommendation in its entirety. Accordingly,

IT IS ORDERED:

1. Magistrate Judge Zwart's Findings and Recommendation, Filing 13, is adopted in its entirety; and

2. Plaintiff's Motion to Remand, Filing 9, is denied.

1

2

Dated this 15th day of November, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2