IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENNETH ROSENER, and DIANE ROSENER,

Plaintiffs,

vs.

MENARD, INC.,

Defendant.

**8:21CV341**

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Filing 59. The record reflects that the case has settled and that the Joint Stipulation of Dismissal with Prejudice, signed by attorneys for all parties, is in compliance with the July 28, 2023, Order after advice of settlement. Filing 56. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 59, is granted, and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 11th day of August, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge

1